UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:26-cv-63299-RS

SHAWN BRADY,

Plaintiff,

v.

WADSWORTH, MARGREY &
DIXON LLP, a Florida partnership,

Defendant.
_______________________________________/

**SUMMONS IN A CIVIL ACTION**

To: Wadsworth, Margrey & Dixon, LLP
c/o Registered Agent: Christopher W. Wadsworth, Esq.
261 NE 1st Street, 5th Floor
Miami, FL 33132

**A lawsuit has been filed against you.**

Within 21 days after service of this Summons on you (not counting the day you received it), — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the Plaintiff an answer the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, **Gina M. Cadogan, Esq.**, whose address is **Cadogan Law, 1200 S. Pine Island Road, Suite 370, Plantation, FL 33324**. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

Date: Nov 23, 2026

CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ V. BRAHIMI

Deputy Clerk
U.S. District Courts